**Arizona HALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 57308.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 10, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1990.

Application to Transfer Denied
Oct. 16, 1990.

David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Andrea K. Spillars, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the

reasons for our order affirming the judgment pursuant to Rule 84.16(b).